# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHAWAN MCDONALD,      )
      )
      Plaintiff,      )
      )
vs.      )      Case No. 17-CV-577-SMY-RJD
      )
MS. CUMMINGS, et al.,      )
      )
      Defendants.      )

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Reona J. Daly (Doc. 47) recommending that this case be dismissed for failure to prosecute. No objections to the Report and Recommendation have been filed. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b)(2); SDIL-LR 73.1(b). For the following reasons, Judge Daly's Report and Recommendation is **ADOPTED**.

When neither timely nor specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo* review of the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report for clear error. *Johnson v. Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, Judge Daly thoroughly discussed and supported her conclusion that Plaintiff has failed to adequately prosecute the case and has failed to maintain a current address with the Court. The Court fully agrees with Judge Daly's findings, analysis and conclusions and

**ADOPTS** her Report and Recommendation in its entirety. Accordingly, Plaintiff's claims against Defendants are **DISMISSED with prejudice**. The Clerk of Court is **DIRECTED** to enter judgment accordingly and to close the case.

**IT IS SO ORDERED.**

**DATED: October 31, 2018**

s/ Staci M. Yandle
**STACI M. YANDLE**
**United States District Judge**